IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JACK HIRSCHY LIVESTOCK, INC., | CV-24-19-BU-JTJ |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA and UNITED STATES FOREST SERVICE, | |
| Defendants. | |

Upon the Unopposed Motion to Dismiss (Doc. 34) and with good cause shown, IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party will bear their own fees and costs.

DATED this 10th day of February 2025.


_____
John Johnston
United States Magistrate Judge